1024

[No. 42124-7-I.    Division One.    March 1, 1999.]

DENNIS TASOFF, ET AL., *Respondents*, v. CAROL
MOYE-SCHREINER, *Individually and as Administrator,*
*Appellant.*

Appeal from a judgment of the Superior Court for Skagit
County, No. 97-2-00015-0, John M. Meyer, J., entered January 12, 1998. *Affirmed* by unpublished opinion per Baker,
J., concurred in by Kennedy, C.J., and Agid, J.

[No. 42304-5-I.    Division One.    March 1, 1999.]

VIOLET J. HATCH, *Appellant*, v. FRED MEYER, INC., ET AL.,
*Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 96-2-31624-5, Robert H. Alsdorf, J., entered
February 20, 1998. *Affirmed* by unpublished opinion per
Cox, J., concurred in by Becker and Appelwick, JJ.

[No. 17005-5-III.    Division Three.    March 2, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANCISCO
SAUCEDO, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima
County, No. 93-1-01800-8, James P. Hutton, J., entered
October 17, 1997. *Reversed* by unpublished opinion per
Kato, J., concurred in by Schultheis, C.J., and Kurtz, J.

[No. 16814-0-III.    Division Three.    March 2, 1999.]

BARBARA J. OLDHAM, *Appellant*, v. ALLSTATE INSURANCE
COMPANY, *Respondent.*

Appeal from a judgment of the Superior Court for
Spokane County, No. 92-2-03023-8, Harold D. Clarke, J.,
entered September 22, 1997. *Affirmed* by unpublished
opinion per Sweeney, J., concurred in by Kurtz, A.C.J., and
Kato, J.